ACCEPTED
03-14-00725-CV
3918372
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 3:12:26 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-14-00725-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 3:12:26 PM
JEFFREY D. KYLE
Clerk

IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS

GEORGE GREEN
By Power of Attorney for Father Garlan Green
*Appellants*

VS.

PORT OF CALL HOMEOWNERS ASSOCIATION, RANDOLPH HARIG,
NANCY CAROTHERS, PHILLIP JACOBS, JOHN ROSS BUCHHOLTZ AND
RICHARD PAT MCELROY

*Appellee*

On Appeal from the
33RD DISTRICT COURT
of LLANO COUNTY, TEXAS

## APPELLEES' AGREED MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

**NOW COME** PORT OF CALL HOMEOWNERS ASSOCIATION, RANDOLPH HARIG, PHILLIP JACOBS, JOHN ROSS BUCHHOLTZ AND RICHARD PAT MCELROY ("*Appellees*"), filing their Agreed Motion to Extend Time to File Brief, and would show unto this Court as follows:

## A.
## PARTIES

1.    Appellant Garlan Green was a member of the Port of Call Homeowners Association (HOA).  Garlan Green has passed away.  (Ex. A).

2.    Appellant George Green is Garlan's son and has represented him in this suit by a Power of Attorney.  (CR 136).

3.    Appellees are the HOA and individual board members.

## B.
## INTRODUCTION

4.    While subject to further discovery, the case involves claims against the Appellees claiming they violated the organizational documents of the Homeowners' Association for breach of contract, the Property Code, and a breach of fiduciary duty. Appellants seeking review of an order they claim to be an injunction filed this Appeal.  They base the appeal §51.014(a)(4) and Chapter 65 of the Texas Civil Practice and Remedies Code.  Appellees understand the Order from which Appellants seek relief is a discovery sanction. *Wood v Moriarty*, 940 S.W.2d 359 (Tex. App—Dallas, 1997, *no pet.*)

## C.
## PROCEDURAL HISTORY

5.    In the trial court, a motion was filed by the Appellees seeking protection from Appellant George Green's discovery actions. (CR 114-130) After an order for protection was granted, Appellant George Green continued conduct Appellees

believed subject to the order of protection. Thus, Appellees filed a Motion to Enforce the Order. (CR 153). A hearing was held on that Motion on October 14, 2014. (CR 175) The Judge granted the Motion to Enforce the Protective Order and entered an Order on October 21, 2014. (CR 175)[1] That is the order that is the subject of this appeal.

6. After that Order was entered, George Green advised that he disagreed with the Order, came to meetings of the Association and participated in those meetings (Ex. A). Appellees agree that the Order does not prevent him from attending or speaking at those meetings.

## D.
## EXTENSION OF DATE TO FILE BRIEF REQUESTED

7. The parties are discussing possible modification of the Order at issue in the trial court. Such action may moot this appeal. Moreover with Garlan Green's death, Appellees believe the Power of Attorney may be nullity and a representative of his Estate must be named to pursue his case.

9. Under these circumstances, Appellees pray the Court grant this Motion and extend its deadline to file a brief for thirty (30) days until March 5, 2015.

10. Appellants' counsel has agreed to this extension.

---

[1] A copy of that Order was also attached to Appellant's Docketing Statement.

## E.
## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Appellees pray that the Court of Appeals for the Third District of Texas at Austin extend the deadline for filing of Appellees' brief for thirty (30) days until March 5, 2015, and further pray for further relief that they may be justly entitled to at law or in equity.

Respectfully submitted,

WRIGHT & GREENHILL, P.C.
221 W. 6th Street, Suite 1800
Austin, Texas 78701
512/476-4600
512/476-5382 (Fax)
rpringle@w-g.com
hcoughlin@w-g.com
mthompson@w-g.com

/s/ Mike Thompson, Jr.
By:_____

    Brantley Ross Pringle, Jr.
    State Bar No. 16330001
    Heidi A. Coughlin
    State Bar No. 24059615
    Mike Thompson, Jr.
    State Bar No. 19898200

ATTORNEYS FOR APPELLEES
PORT OF CALL HOMEOWNERS
ASSOCIATION, RANDOLPH
HARIG, PHILLIP JACOBS, JOHN
ROSS BUCHHOLTZ AND RICHARD
PAT MCELROY

## CERTIFICATE OF CONFERENCE

Appellant agrees to a 30-day extension of the deadline for Appellees to file their brief.

## NOTICE OF ELECTRONIC FILING

The undersigned counsel certifies that on 27th day of January, 2015, he has electronically filed the foregoing document with the Third Court of Appeals Austin, Texas, Clerk's Office using the electronic filing system through ProDoc efiling2 and counsel will send notification of such filing to Mr. David Junkin and Mr. L. Hayes Fuller, III.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on the following via facsimile or certified mail, return receipt requested, in accordance with the Texas Rules of Civil Procedure, on this 27th day of January, 2015.

David Junkin
LAW OFFICE OF DAVID JUNKIN
P. O. Box 2910
Wimberley, TX   78676

L. Hayes Fuller, III
NAMAN HOWELL SMITH & LEE, P.L.L.C
400 Austin Avenue, Suite 800
P. O. Box 1470
Waco, TX   75703-1470

/s/ Mike Thompson, Jr.

Brantley Ross Pringle, Jr.
Heidi Coughlin
Mike Thompson, Jr.

Exhibit A

## CAUSE NO. 03-14-00725-CV

### IN THE
### THIRD COURT OF APPEALS
### AUSTIN, TEXAS

GEORGE GREEN
By Power of Attorney for Father Garlan Green

*Appellant*

VS.

PORT OF CALL HOMEOWNERS ASSOCIATION, RANDOLPH HARIG,
NANCY CAROTHERS, PHILLIP JACOBS, JOHN ROSS BUCHHOLTZ AND
RICHARD PAT MCELROY

*Appellee*

On Appeal from the
33RD DISTRICT COURT
of LLANO COUNTY, TEXAS

### **AFFIDAVIT OF HEIDI COUGHLIN,**
### **LEGAL NAME HEIDI VAN REET**

BEFORE ME, the undersigned notary, personally appeared Heidi Coughlin, the Affiant, a person whose identity is known to me. After I administered an oath, Affiant testified as follows:

1. "My name is Heidi Coughlin. I am over 18 years of age, of sound mind, and capable of making this Affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct.

2. "I have reviewed the Docket Sheet for this case, my pleadings file and the Appellee's Motion to Dismiss Appellant's Appeal for Lack of Jurisdiction and can state the following from that review.

3. "The Order attached to the Plaintiff's Notice of Intent to Appeal is a true and correct copy of the Order that was entered by the Court in response to Appellees' Motion for Enforcement of the Protective Order.

4. "Attachment 1 to this Affidavit is a true and correct copy of the Motion for Enforcement of the Protective Order that was filed on behalf of my clients.

5. "During the course of this litigation, Appellant had made and continued to make written and verbal requests for information from the Homeowner's Association on an almost weekly basis. Frequently, new requests for updated information were made while outstanding requests were being responded to. Furthermore, Appellant repeatedly requested documents and information that had been previously produced to him. The requests were creating a unique burden on the Homeowner's Association to respond and the requests were unreasonable.

6. "Accordingly, on behalf of our clients, we filed the initial Motion for Protective Order requesting that the Court enter an Order to manage Appellant's request for information from Appellees and to provide reasonable discovery during the pendency of the litigation. The Court entered such an Order on August 14, 2014.

7. "Subsequent to the August Order of Protective, Appellant made additional written requests for information to Appellees despite the terms of the Court order.

8. "As a result, Appellees filed their Motion to Enforce the Protective Order which was argued on October 14, 2014 and granted by written Order on October 21, 2014.

9. "This appeal followed.

10. "Following entry of the Order on October 21, 2014, George Green attended a meeting of the Homeowners Association on November 1, 2014. Mr. Green stated that he interpreted the Order to allow him to attend and speak at Home Owner Association Meetings. We agreed with him and do not interpret the Order of 21, 2014 as preventing him from attending or participating in such meetings.

11. "On January 22, 2015, in a phone call with Appellant's lawyer, I learned that Garlan Green had passed away."

SIGNED this ____27th____ day of ____January____, 2015.

_____
Heidi Coughlin
Affiant

STATE OF TEXAS     §
                            §
COUNTY OF TRAVIS   §

BEFORE ME, the undersigned authority, on this day personally appeared Heidi Coughlin Van Reet who being first duly sworn, stated that all facts contained in the foregoing Affidavit are true and correct to the best of her knowledge and belief.

SUBSCRIBED AND SWORN TO this 27th day of January, 2015.

_Susan C Balagia_
Notary Public, State of Texas

-4-

Attachment 1

CAUSE NO. 18314

JOYCE GILLOW
CLERK DISTRICT COURT, LLANO COUNTY, TEXAS
FILED
OCT 14 2014
AT 3:00 O'CLOCK P M
OF LLANO COUNTY, TEXAS
DEPUTY

GEORGE GREEN

V.

PORT OF CALL HOMEOWNERS
ASSOCIATION, RANDOLPH HARIG,
NANCY CAROTHERS, AND PHILLIP
JACOBS, JOHN ROSS BUCHHOLTZ,
AND RICHARD PAT MCELROY

§
§
§
§
§
§
§
§
§
§
§

IN THE DISTRICT COURT

33rd JUDICIAL DISTRICT

## DEFENDANTS' MOTION TO ENFORCE PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Port of Call Homeowners Association, Randolph Harig, Phillip Jacobs, John Ross Buchholtz and Richard Pat McElroy, Defendants in the above-entitled and numbered cause, and file this their Motion to Enforce Protective Order and in support thereof, would respectfully show unto the court as follows:

I.

On August 14, 2014 Defendants and Plaintiff appeared, by and through their counsel, before Judge Garrett on various issues including Defendants' Motion for Protective Order. Given Plaintiff's unreasonable, overly burdensome and abusive requests for documents, Judge Garrett granted Defendants' Motion for Protective Order and ruled that Plaintiff was no longer allowed to pepper Defendants with document requests and, in turn, Defendants had to supplement production of the Port of Call Homeowners Association's records every forty-five (45) days from the date of the Order. See Exhibit "A".

Defendants have gone to great lengths and costs to abide by the Judge's ruling. Since the hearing Defendants have supplemented their production with over 1,400 pages of documents. See Exhibit "B"; documents produced on August 22, 2014 Bates

Labeled POC 6217-6253, and documents produced Bates Labeled POC 6254-7641 on September 11, 2014.

It has been less than sixty (60) days since the Judge's ruling and Plaintiff has already violated the Protective Order by sending a threatening "Demand for Information" to Defendants directly. See Exhibit "C." Not only is this request a clear violation of the Court's ruling, it demands that Defendants *create* documents[1], which they are under no obligation to do. Furthermore, Plaintiff already has the only document he specifically requests in violation of the Protective Order because Defendant produced it to him on Sept. 11, 2014. See Exhibit "D."

The Court went to great pains to clarify the duties and obligations of Plaintiff and Defendants in the hearing on August 14, 2014 and in his subsequent Order. The Court went so far as to state that any party in violation of his ruling would be sanctioned. Plaintiff knows that his actions are in clear violation of the Judge's Order. Defendants now seek enforcement of Judge Garrett's ruling as well as sanctions against Plaintiff. Defendants seek sanctions against Plaintiff to compensate Defendants for bringing this motion and to deter continued violations of the Order.

WHEREFORE, PREMISES CONSIDERED, Defendants would respectfully request that the foregoing Motion to Enforce Protective Order be sustained, that the Court enter an order setting forth the sanction levied against Plaintiff, and for such other and further relief to which the Defendants may show themselves justly entitled, at law or in equity.

---

[1] "As soon as possible but not later than 3 days from the receipt of this demand for information provide a detailed summary of any and all statements verbal or by written handout provided to members in attendance." Page 1-2 ¶7,8,9.

Respectfully submitted,

WRIGHT & GREENHILL, P.C.
221 W. 6th Street, Suite 1800
Austin, Texas 78701
512/476-4600
512/476-5382 (Fax)
rpringle@w-g.com
hcoughlin@w-g.com


By:_____
Brantley Ross Pringle, Jr.
State Bar No. 16330001
Heidi A. Coughlin
State Bar No. 24059615

ATTORNEYS FOR DEFENDANTS
PORT OF CALL HOMEOWNERS
ASSOCIATION, RANDOLPH HARIG,
PHILLIP JACOBS, JOHN ROSS
BUCHHOLTZ AND RICHARD PAT
MCELROY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on the following via facsimile or certified mail, return receipt requested, in accordance with the Texas Rules of Civil Procedure, on this 10th day of October, 2014.

David Junkin
LAW OFFICE OF DAVID JUNKIN
P. O. Box 2910
Wimberley, TX   78676

L. Hayes Fuller, III
NAMAN HOWELL SMITH & LEE, P.L.L.C
400 Austin Avenue, Suite 800
P. O. Box 1470
Waco, TX   75703-1470

_____
Heidi A. Coughlin

CAUSE NO. 18314

GEORGE GREEN §
§
§
V. §
§
PORT OF CALL HOMEOWNERS §
ASSOCIATION, RANDOLPH HARIG, §
NANCY CAROTHERS, AND PHILLIP §
JACOBS, JOHN ROSS BUCHHOLTZ, §
AND RICHARD PAT MCELROY §

IN THE DISTRICT COURT

OF LLANO COUNTY, TEXAS

33· JUDICIAL DISTRICT

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL AND PROTECTIVE ORDER

On this 14th day of August came for consideration in the above-styled and numbered cause, Defendant's Motion to Compel and Motion for Protective Order.

I.

This Court having heard the arguments of both Plaintiff and Defendants agrees to GRANT Defendants' Motion to Compel George Green ~~and Garlan Green's~~ Deposition. This Court ORDERS George Green and Garland Green be presented for deposition on or before Sept 30 , 2014. ~~This Court conditionally grants Defendants' reasonable attorneys' fees against the Plaintiff in the amount of Seven Hundred Fifty Dollars and 00/100 Dollars ($750.00) with those fees becoming due and payable only if George Green and Garlan Green do not appear for deposition as stated above.~~

II.

This Court also GRANTS Defendants' Protective Order and this Court ORDERS that documents previously produced to Plaintiff in a digital format are sufficient to comply with Defendants' requirements for production of documents. Further, this

**EXHIBIT A'**

Court ORDERS that Defendants only need to supplement documents to Plaintiff every ~~six months~~ 45 days beginning on August 14th 2014 and the supplementation needs to be complete records of the POH.

~~It is, therefore, ORDERED, ADJUDGED and DECREED that Defendant's Motion~~

~~For Leave to Designate Responsible Third Party is hereby GRANTED and DHL~~

~~Delivery Services is designated as a responsible third party.~~

SIGNED this _14th_ day of _August_, 2014.

_____
Judge Presiding

WRIGHT & GREENHILL, P.C.
ATTORNEYS AT LAW

221 WEST 6TH STREET, SUITE 1800
AUSTIN, TEXAS 78701-3495
P.O. BOX 2166 • 78768

HEIDI A. COUGHLIN

TELEPHONE 512/476-4600
FACSIMILE 512/476-5382
DIRECT DIAL 512/708-5234

E-MAIL HCOUGHLIN@W-G.COM

August 22, 2014

**VIA FACSIMILE and CM/RRR**
Mr. David Junkin
LAW OFFICE OF DAVID JUNKIN
P. O. Box 2910
Wimberley, TX  78676

RE:    Cause No. 18,314; *George Green v. Port of Call Homeowners Association, Randolph Harig, Nancy Carothers, Philip Jacobs, et al*; In the District Court of Llano County, Texas 33rd Judicial District
Our File No. 9792-43682

Dear Mr. Junkin:

Please find enclosed the following documents in connection with this matter:

1. Defendants Port of Call Homeowners Association (Incorporated), Pat McElroy, John Buchholtz, Phillip Jacobs and Randy Harig's Supplemental documents POC 6217 – POC 6253.

Sincerely,

Wright & Greenhill, P.C

By:_____
        Heidi A. Coughlin

HAC/scb
enclosures
cc: L. Hayes Fuller, III – VIA REGULAR MAIL

**EXHIBIT B**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David JunKin
P.O. Box 2910
Wimberly, TX 78676

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
Susan M. Junkin   8/26/14

C. Signature
X Susan M Junkin   ☒ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7009 1410 0001 6223 8440

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| #20115128478604# | NORMAL | 22,16:12 | 9'34" | 39 | # O K | |

WRIGHT & GREENHILL, P.C.
Attorneys at Law

221 West 6th Street, Suite 1800
Austin, Texas 78701

Telephone (512) 476-4600
Facsimile (512) 476-5382

# FACSIMILE COVER SHEET

Date: August 22, 2014

TO: NAME                    FAX NUMBER.        PHONE NUMBER

David Junkin                512-847-8604

L. Hayes Fuller             254-754-6331

TOTAL NUMBER OF PAGES
INCLUDING THIS COVER SHEET:  39

C/M #: 9792-43082  HAC/H

FROM: EXT.:  240

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual or entity signed above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the original message to Wright & Greenhill, P.C. at the above address via the U.S. Postal Service at our expense. Thank you.

COMMENTS: Please see attached correspondence with documents.

WRIGHT & GREENHILL, P.C.
ATTORNEYS AT LAW

*Correspondence*

221 WEST 6ᵀᴴ STREET, SUITE 1800          TELEPHONE 512/476-4600
AUSTIN, TEXAS 78701-3495                  FACSIMILE 512/476-5382
P.O. BOX 2166 • 78768                     DIRECT DIAL 512/708-5234

HEIDI A. COUGHLIN                         E-MAIL HCOUGHLIN@W-G.COM

September 11, 2014

<u>VIA CM/RRR No. 7014 1200 0000 4600 6667</u>
Mr. David Junkin
LAW OFFICE OF DAVID JUNKIN
P. O. Box 2910
Wimberley, TX  78676

RE:  Cause No. 18,314; *George Green v. Port of Call Homeowners Association, Randolph Harig, Nancy Carothers, Philip Jacobs, et al*; In the District Court of Llano County, Texas 33ʳᵈ Judicial District
Our File No. 9792-43682

Dear Mr. Junkin:

Please find enclosed the following document in connection with this matter:

- Defendants Port of Call Homeowners Association, Pat McElroy, John Buchholtz, Phillip Jacobs and Randy Harig's Supplemental Production of Documents to Plaintiff in accordance with the Court's Order of August 14, 2014. The CD contains Bates Nos. POC 6254 – POC 7641.

Sincerely,

Wright & Greenhill, P.C

By:_____
        Heidi A. Coughlin

HAC/scb
enclosure
cc:  L. Hayes Fuller, III – VIA REGULAR MAIL

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Junkin
LAW OFFICE OF DAVID JUNKIN
P. O. Box 2910
Wimberley, TX   78676

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
Teresa Junku

B. Date of Delivery
9/17/14

C. Signature
X _____
☑ Agent
☐ Addressee

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)

7014 1200 0000 4600 6667

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

**RECEIVED**

**OCT 08 2014**

Certified Mail No. _____ 7005 1820 0000 7145 2330 _____ BY: ～～～～～～～～～

October 7, 2014

## Demand for Information
1. Annual meeting details  2. $125,000 contract payment dates

To: Port of Call Homeowners Association(HOA) and the Board of Directors including the so-called Management Company located in Austin, TX.

From: Garlan H. Green, POA George G. Green, P.O. Box 8133, HS Bay, TX 78657

As of August 22, 2014 information was provided to us as supplemental documents from Port of Call's attorney faxed to my attorney on.this date. The last 2 pages of so-called supplemental documents provided to me under the rule of law are a shocking and surprising disclosure of information outlining a meeting we were denied the opportunity to attend.

The 2 pages of information received by fax on August 22, 2014 were titled "Minutes of the Port of Call HOA's annual meeting dated July 12, 2014". The 2 page documents were labled POC 6252 – POC 6253.

We did not receive any written notice of such meeting, nor were we allowed to attend the annual meeting of lawful owners.

The Articles of Association of Port of Call state clearly "written or printed notice stating the place, day and hour of any meeting of the members shall be delivered by mail to each member... not less than 10 days nor more than 50 days before the date of such meeting".

The 2 page written minutes suggest and appear to indicate a physical in-person meeting was held with no indication of the time nor place of said meeting. **Provide the place, day and hour of such meeting as soon as possible but not later than 3 days from the receipt of this demand for information.**

The 2 page minutes indicate reports were provided to members in attendance and issues were discussed as listed: exterior lighting, landscape maintenance, weeds in the lake, signage and new fencing. The minutes state the members in attendance received updates on status to repair and paint both buildings. **Provide a written or recorded transcript of the reports provided to members in attendance and a detailed written characterization of any and all discussions of the above listed items no later than the 3 days from the receipt of this information.**

The 2 pages of information received by fax on August 22, 2014 stated that a Ms. Connie Heyer provided an update to the members on the status of pending litigation. **As soon as possible but not later than 3 days from the receipt of this demand for information provide a detailed summary of any and all statements verbal or by written handout provided to members in attendance.**

# EXHIBIT C

The 2 page minutes announced that Ross Buchholtz, Treasurer to the Board, presented the Treasurer's report to the members in attendance. As soon as possible but not later than 3 days from the receipt of this demand for information provide a detailed written summary of any and all statements verbal or by written handout provided to members in attendance.

The 2 pages of information received by fax on August 22, 2014 stated that the floor was open for questions and further discussion by members in attendance. As soon as possible but not later than 3 days from the receipt of this demand for information provide a detailed written summary of any and all statements made verbally or by written handout discussed by members in attendance.

Furnish to me a copy of any written notice announcing the Port of Call HOA member's annual meeting of July 12, 2014 as required by Texas law and our CCA's on file in the Llano County Courthouse. The written announcement must have been provided to me by U.S. mail as required by Port Of Call HOA's not less than 10 days nor more than 50 days before the date of such meeting".

This demand for information and a timely response, not later than 3 days from the receipt of this Memo to P.O. Box 8133, Horseshoe Bay, TX 78657 or a personal call at 830-220-0933 to George G. Green, POA for Garlan H. Green, not later than 3 days from the receipt of this Memo, announcing the Board's intent or by proxy the so-called management company acting on behalf of the Board stating a commitment to meet the 3 day deadline as required.

    As all of you know the insanity has begun.
As of today Oct. 6, 2014 the 125K contract with Associa on call – with the 20K contingency amount plus the 5K electrical repair amount, an expense previously paid for in 2009 has commenced.

I am requesting, per the judge's order, copies of any and all payment amounts made to and received by Associa on call as a result of the signed contract of 7-2-14 plus any revisions agreed to since 7-2-14 including any additional cost anticipated or planned by change order in the open ended contract of 7-2-14.

All of the above demanded information must be provided to me not later than 3 days from receipt of this demand. If the Board chooses to deny or delay honoring this request advise me of this intent so that I may request a hearing as soon as possible before the Judge on this matter.

2

June 11, 2014

Homeowners
Port of Call HOA

Re:   *Notice of 2014 Annual Meeting*
       Saturday, July 12, 2014, 10:00 a.m.

Dear Homeowner:

The Annual Meeting of the Port of Call HOA will be held at 10:00 a.m. on Saturday, July 12th at the Poker Room at Horseshoe Bay POA, 107 Twilight, Horseshoe Bay, TX, 78654. The Association is a not for profit corporation chartered under the laws of the State of Texas and, as such, is required to hold an Annual Meeting.

To conduct a homeowners meeting, a quorum of fifty percent (50%) of the members must be represented in person or by proxy. In order to ensure a quorum is achieved, please sign and date the enclosed Proxy and return it by July 11, 2014 by mail, email (smurphy@allianceonline.net) or via fax (512-328-6178) to Alliance Association Management, Inc even if you plan to attend, unforeseen circumstances do occur. The Proxy will be returned to you upon your arrival at the meeting should you attend.

Thank you for your attention to this important matter. Should you have any questions regarding the Annual Meeting or your Association, please contact Customer Service at (512) 347-2888 or by email at info@allianceonline.net.

Sincerely,

ALLIANCE ASSOCIATION MANAGEMENT, INC,
Agent for Association Legal Name

Sharon Murphy, CMCA
Community Manager

SM/jw
Enclosures

115 Wild Basin Road, Suite 308 Austin, Texas 78746   Telephone 512.328.6100   Toll Free 800.891.6106   Fax 512.328.6178   Web www.allianceonline.net

Associa®  |  The nation's leader in community association management  |  www.associaonline.com  |  800.808.4882

POC 7286

EXHIBIT D